AMELIA McGUIRK, as Administrator of the Estate of ELIZABETH McGUIRK, Deceased, et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued January 22, 1941; decided February 27, 1941.

*Seymour L. Colin* and *George A. Grabow* for appellants.

*William C. Chanler, Corporation Counsel* (*Edward J. McGratty, Jr.,* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH and LEWIS, JJ. Dissenting: RIPPEY, CONWAY and DESMOND, JJ., on the ground that it was a question of fact whether under all the circumstances the defendant exercised such care as was required in the exercise of ordinary prudence.